# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTOPHER BERRY, A29011502,<br>　　　　Petitioner | * |
| | * |
| 　　　v. | CIVIL ACTION NO. RWT-05-1320 |
| | * |
| I.C.E.,<br>　　　　Respondent | * |

******

## MEMORANDUM OPINION

On May 13, 2005, this Court received correspondence from Petitioner which has been construed as a Petition for Writ of Habeas Corpus. Petitioner seeks to compel the Department of Homeland Security to release him from its custody pending his removal. Petitioner is subject to a final order of removal and does not contest his deportation. (Paper No. 1).

Petitioner is a native of Liberia. He states that he is a permanent resident of the United States. Id. He has been held in Department of Homeland Security custody since August 4, 2004. He states that he even if deportable he should be released because he has been held for longer than six months. Id.

Respondent has recently filed correspondence with the Court which establishes that travel documents have been received and that Petitioner's removal from the United States is now imminent.[1] (Paper No. 2). In light of this information, Petitioner's habeas challenge to his post-order detention under Zadvydas v. Davis, 533 U.S. 678 (2001) has been rendered moot.

---

[1] Petitioner is scheduled to be removed on June 6, 2005. Paper No. 2.

Accordingly, this case shall be administratively closed. Respondent shall be directed to file a status report, on or before July 6, 2005, detailing Petitioner's status. A separate Order follows.

| | |
|---|---|
|   5/24/05   |   /s/   |
| Date | ROGER W. TITUS |
| | UNITED STATES DISTRICT JUDGE |